UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAI PING LI,

      Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

_____/

No. C 11-1224 PJH

**ORDER TO SHOW CAUSE**

On March 11, 2011, plaintiff filed his appeal from a decision by the Commissioner of Social Security  Defendant answered on July 7, 2011.  According to Civil Local Rule 16-5, plaintiff was required to "file a motion for summary judgment pursuant to Civil L.R. 7-2 and FRCivP 56" by August 4, 2011.  Plaintiff failed to file his motion.

Because it appears Li is proceeding pro se, the court provides him with the following guidance in preparing his motion for summary judgment.

## **Summary Judgment**

You have asked this court to review a decision by the Commissioner of Social Security.  Congress has given the district courts the ability to review such decisions.  Based upon a review of the pleadings filed by you and the Commissioner, and upon a review of the transcript of the record[1] filed by the Commissioner with the court, this court

---

[1] A copy of the transcript of record (administrative record) was also served upon you.  It includes a transcript of the hearing held by the Commissioner in your case as well as relevant documents relied upon by the Commissioner in reaching the appealed decision.  Each page of the record is numbered in the top right corner.  Please refer to those page numbers when citing to particular portions of the record.

may affirm, modify or reverse a decision by the Commissioner.  42 U.S.C. §405(g).

The courts of this circuit have determined that a motion for summary judgment is an appropriate procedure for reviewing a decision by the Commissioner.  *See Beane v. Richardson*, 457 F.2d 758, 759 (9th Cir. 1972).  Pursuant to Local Rule 16-5, it is your burden as plaintiff to bring such a motion.  In bringing this motion, you have three basic tasks:  (1) identify the portion of the Commissioner's decision that you believe is incorrect; (2) explain why you believe the Commissioner's decision is incorrect; and (3) identify (a) the legal authority (if any) that establishes the Commissioner's decision is incorrect and/or (b) the portions of the factual record (if any) that establish that the Commissioner's decision is incorrect.

In drafting the motion for summary judgment, you must keep in mind the standard of review this court applies to the findings of the Commissioner of Social Security.  The Commissioner's findings may be set aside only if they are based on legal error or are not supported by substantial evidence.  *See Reddick v. Chater*, 157 F.3d 715, 720 (9th Cir. 1998) (*citing Smolen v. Chater*, 80 F.3d 1273, 1279 (9th Cir. 1996)). "The findings of the Commissioner of Social Security as to any fact, if supported by substantial evidence, shall be conclusive." *See* 42 U.S.C. 405(g).  "Substantial evidence is more than a scintilla, but less than a preponderance. [It is] relevant evidence which a reasonable person might accept as adequate to support a conclusion." *Reddick*, 157 F.3d at 720 (*citing Jamerson v. Chater*, 112 F.3d 1064, 1066 (9th Cir. 1997)).  To determine whether substantial evidence supports the Commissioner's findings, the court "must review the administrative record as a whole, weighing both the evidence that supports and the evidence that detracts from the Commissioner's conclusion." *Id.*  If the evidence can reasonably support either affirming or reversing the Commissioner's conclusion, the court may not substitute its judgment for that of the Commissioner. *See id. (citing Flaten v. Secretary of Health & Human Servs.*, 44 F.3d 1453, 1457 (9th Cir. 1995)).

## CONCLUSION

Li is ORDERED to file a response to the court's order to show cause AND his motion for summary judgment in accordance with this order on or before **September 16, 2011.** A copy must be served on the Commissioner. Li is advised that if such a motion is not filed, the court will dismiss his appeal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 19, 2011

PHYLLIS J. HAMILTON
United States District Judge