UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAI PING LI

    Plaintiff,

    v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 11-1224 PJH

**DISMISSAL ORDER**

    Plaintiff filed this social security appeal on March 11, 2011. Defendant answered on July 7, 2011. According to Civil Local Rule 16-5, plaintiff was required to file a motion for summary judgment within 28 days of receipt of defendant's answer, no later than August 4, 2011. Plaintiff did not do so. Because plaintiff is proceeding pro se, on August 19, 2011, this court issued a comprehensive order explaining the nature of the summary judgment motion required and extending plaintiff's deadline to file the summary judgment motion to September 16, 2011. The court advised plaintiff that if he failed to respond to that order and file his motion, the case would be dismissed for failure to prosecute. Plaintiff failed to respond to that order.

    GOOD CAUSE APPEARING, this case is hereby dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: September 29, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge